UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK D. SALAMONE,
                Plaintiff,

21-cv-4528 (JGK)

- against -

ORDER

UNITED STATES OF AMERICA ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

The time for the defendants to answer, make a motion, or sent the Court a pre-motion letter is extended to October 29, 2021.

SO ORDERED.
Dated:   New York, New York
        September 28, 2021

                                    John G. Koeltl
                             United States District Judge