```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

FRANK D. SALAMONE,
                Plaintiff,        21-cv-4528 (JGK)

    - against -                ORDER

UNITED STATES OF AMERICA ET AL.,
                Defendant.

**JOHN G. KOELTL, District Judge:**

The plaintiff may file an amended complaint by **December 7, 2021**. The time for the defendants to move or answer the complaint is **January 14, 2022**. The time for the plaintiff to respond is **February 11, 2022**. The time for the defendant to reply is **February 22, 2022**.

To the extent the plaintiff has provided sufficient particulars in the complaint to identify the John Doe defendants, the United States should identify those specific John Doe defendants.

SO ORDERED.
Dated:    New York, New York
           November 22, 2021

                                  John G. Koeltl
                         United States District Judge