**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANK D. SALAMONE,

                Plaintiff,
    -against-                                          21 **CIVIL** 4528 (JGK)

                                                            **JUDGMENT**
UNITES STATES OF AMERICA, ET AL.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 1, 2022, the Court has considered all of the arguments of the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the defendants' motion to dismiss the FTCA claims is granted. Those claims are dismissed without prejudice for lack of subject matter jurisdiction. The defendants' motion to dismiss the Bivens claim with prejudice is granted. The defendants' motion for summary judgement is denied without prejudice as moot; accordingly, the case is closed.

**Dated:** New York, New York
       August 2, 2022

                                                      **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                              **BY:**       K. Mango
                                                          **Deputy Clerk**